# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARAH PERKINS and EMILY WRIGHT, on their own behalf and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>RUGS.COM LLC,<br><br>        Defendant. | Case No. 2:25-cv-00019-JHC<br><br>ORDER GRANTING STIPULATED MOTION RE: BRIEFING SCHEDULE |

Upon consideration of the Stipulated Motion Re: Briefing Schedule, Dkt. # 10, and for good cause shown,

**IT IS ORDERED** that:

1. The deadline for Plaintiffs to file and serve an opposition (or a notice of non-opposition) to the Arbitration Motion is Wednesday, March 5, 2025.

2. The deadline for Defendant to file and serve a reply in support of the Arbitration Motion is Friday, March 21, 2025. The Court DIRECTS the Clerk to re-note the Arbitration Motion, Dkt. # 5, for March 21, 2025.

ORDER GRANTING STIPULATED
MOTION RE: BRIEFING SCHEDULE - 1
Case No. 2:25-cv-00019-JHC

1    Dated this 30th day of January, 2025.

*John H. Chun*
JOHN H. CHUN
United States District Judge